# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 28, 2021

## NO. 03-21-00016-CV

**Revolution Insurance Technologies, Inc., Appellant**

**v.**

**John Warren, Appellee**

### APPEAL FROM THE 261ST DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE BYRNE, JUSTICES BAKER AND SMITH
### DISMISSED ON APPELLANT'S MOTION -- OPINION BY CHIEF JUSTICE BYRNE

This is an appeal from the final order signed by the trial court on December 11, 2020. Revolution Insurance Technologies, Inc. has filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.